## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                          )
                                                )
GRANT GILCHRIST III                             )          Case No. 21−31723−KLP
                                                )          Chapter 7
                       Debtor                   )

### ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

THIS MATTER came upon the Motion to Extend the Automatic Stay (the "Motion") and the Memorandum in Support filed herein by the Debtor; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor filed this bankruptcy case on May 25, 2021 (the "instant case"), and an Order for Relief was entered; and it

FURTHER APPEARING that the Debtor had one (1) prior Chapter 13 Bankruptcy case (the "prior case") pending within one (1) year prior to the filing of this case, which prior case was dismissed; and it

FURTHER APPEARING that the Motion and a Notice of Hearing has been properly served upon all creditors and parties in interest; and it

FURTHER APPEARING that the filing of the instant case was in good faith as to all creditors; it is, accordingly,

**ADJUDGED, ORDERED and DECREED** that the automatic stay of 11 U.S.C. § 362(a) shall not terminate and is hereby extended without condition as to Debtor, the Debtor's

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

property, all creditors, and property of the bankruptcy estate throughout the pendency of this

case.

Date: _____Jun 23 2021_____

/s/ Keith L Phillips
_____
U.S. Bankruptcy Judge

Entered on Docket: _Jun 23 2021_____

I ask for this:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

2

## Parties to Receive Copies

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

William Anthony Broscious
P.O. Box 71180
Henrico, VA 23255

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia 23219